SANTIAGO, PLAINTIFF AND APPELLANT, *v.* FERNÁNDEZ,
DEFENDANT AND APPELLEE.

### District Court of Guayama.

No. 3117.—Decided June 3, 1924.

MR. CHIEF JUSTICE DEL TORO:

The lessor in this case sued to recover damages from the lessee for buildings belonging to the property which the defendant took for his own use. The decision of the case depending upon the weighing of the evidence, the judgment was

*Affirmed.*

---

PEOPLE, PLAINTIFF AND APPELLEE, *v.* VARGAS, DEFENDANT
AND APPELLANT.

### District Court of Humacao.

No. 2261.—Decided June 11, 1924.

MR. JUSTICE FRANCO SOTO:

The defendant personally signed a pleading wherein, without assigning error, he attempted to analyze the evidence; but no statement of the case or transcript of the evidence was brought up. The indictment being sufficient and the charge to the jury correct, the judgment was

*Affirmed.*